AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| AIDEN STOCKMAN;<br>(continued on Attachment A)<br><br>*Plaintiff(s)*<br>v.<br>DONALD J. TRUMP, in his official capacity as<br>President of the United States;<br>(continued on Attachment A)<br><br>*Defendant(s)* | Civil Action No.  2:17-CV-06516 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DONALD J. TRUMP
President of the United States
The White House
1600 Pennsylvania Ave. NW, 1st Floor, West Wing
Washington, D.C. 20500

(See Attachment B for Additional Names and Addresses)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Amy C. Quartarolo, Adam S. Sieff, Harrison J. White
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, California  90071-1560

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-06516

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**Summons - Attachment A**

AIDEN STOCKMAN; NICOLAS TALBOTT; TAMASYN REEVES; JAQUICE TATE; JOHN DOES 1-2; JANE DOE; and EQUALITY CALIFORNIA,

        Plaintiffs,

   v.

DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; RICHARD V. SPENCER, in his official capacity as Secretary of the Navy; RYAN D. MCCARTHY, in his official capacity as Acting Secretary of the Army; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; and ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security,

        Defendants.

## Summons - Attachment B

| *Party* | *Connection/Interest* |
|---|---|
| James N. Mattis<br>Secretary of Defense<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000 | Defendant |
| Joseph F. Dunford, Jr.<br>Chairman of the Joint Chiefs of Staff<br>9999 Joint Chiefs of Staff Pentagon<br>Washington, D.C. 20318-9999 | Defendant |
| Richard V. Spencer<br>Secretary of the Navy<br>1000 Navy Pentagon<br>Washington, DC 20350-1000 | Defendant |
| Ryan D. McCarthy<br>Acting Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101 | Defendant |
| Heather A. Wilson<br>Secretary of the Air Force<br>1670 Air Force Pentagon<br>Washington, D.C. 20330-1670 | Defendant |
| Elaine C. Duke<br>Acting Secretary of Homeland Security<br>245 Murray Lane SW, Building 410<br>Washington, D.C. 20528 | Defendant |