LATHAM & WATKINS LLP
  Amy C. Quartarolo (SBN 222144)
   amy.quartarolo@lw.com
  Adam S. Sieff (SBN 302030)
   adam.sieff@lw.com
  Harrison J. White (SBN 307790)
   harrison.white@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for Plaintiffs*
*Aiden Stockman, Nicolas Talbott,*
*Tamasyn Reeves, Jaquice Tate,*
*John Does 1-2, Jane Doe, and*
*Equality California*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDEN STOCKMAN; NICOLAS TALBOTT; TAMASYN REEVES; JAQUICE TATE; JOHN DOES 1-2; JANE DOE; and EQUALITY CALIFORNIA,<br><br>            Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; RICHARD V. SPENCER, in his official capacity as Secretary of the Navy; RYAN D. MCCARTHY, in his official capacity as Acting Secretary of the Army; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; and ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>            Defendants. | CASE NO. 2:17-CV-06516<br><br>**DECLARATION OF ADAM S. SIEFF IN SUPPORT OF PLAINTIFFS JOHN DOES 1-2 AND JANE DOE'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

I, Adam Sieff, declare as follows:

1. I am an attorney at Latham & Watkins LLP licensed to practice law in the State of California. I am counsel of record for Plaintiffs John Does 1-2 and Jane Doe (collectively, "Doe Plaintiffs") in this litigation. I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently thereto.

2. Doe Plaintiffs are transgender persons serving in the United States Armed Forces. Each has experienced harassment and hostility because of their status as transgender persons.

3. Each Doe Plaintiff has identified as transgender to some of her or his friends, family members and fellow servicemembers. Doe Plaintiffs have not shared their status as transgender soldiers with the national public.

4. In reliance on the 2016 policy change that allowed transgender service members to serve openly, several Doe Plaintiffs came out as transgender to her or his chain of command.

5. Each of the three Doe Plaintiffs fear retaliation, including the possibility of termination, for her or his participation in this lawsuit.

6. Attached hereto as **Exhibit A** is a true and correct copy Delingpole, "Trump's Transgender Military Ban Is the Best Thing Ever," Brietbart, *available at* http://www.breitbart.com/big-government/2017/07/27/delingpole-trumps-transgender-military-ban-is-the-best-thing-ever/.

7. Attached hereto as **Exhibit B** is a true and correct copy of Washo, "Right-wing media and hate groups applaud Trump for banning transgender people from serving in the US armed forces," Media Matters, *available at* https://www.mediamatters.org/research/2017/07/26/right-wing-media-and-hate-groups-applaud-trump-banning-transgender-people-serving-us-armed-forces/217395.

8. Attached hereto as **Exhibit C** is a true and correct copy of Porter,

"Transgender Military Ban: The Rise of Anti-LGBT Hate Groups in Trump's White House," Newsweek, *available at* http://www.newsweek.com/anti-lgbt-hate-groups-transgender-military-ban-trump-642218.

9. Attached hereto as **Exhibit D** is a true and correct copy of Herzog, "Breitbart writer targets transgender UWM Student" Milwaukee Journal Sentinel, *available at* http://www.jsonline.com/story/news/education/2016/12/14/breitbart-writer-targets-transgender-uwm-student/95420206/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed September 5, 2017 in Los Angeles, CA.

_____
Adam S. Sieff