# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDEN STOCKMAN; NICOLAS TALBOTT; TAMASYN REEVES; JAQUICE TATE; JOHN DOES 1-2; JANE DOE; and EQUALITY CALIFORNIA,<br><br>        Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, et al.<br><br>        Defendants. | CASE NO. 5:17-CV-01799-JGB-KK<br><br>**ORDER ON STIPULATION FOR ENTRY OF ORDER RESETTING HEARING ON DEFENDANTS' MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION AND SCHEDULING CONFERENCE** |
| STATE OF CALIFORNIA,<br><br>        Plaintiff-Intervenor,<br><br> v.<br><br>DONALD J. TRUMP, et al.<br><br>       Defendants. | |

The Court, having reviewed and considered the Parties' Stipulation for Entry of an Order Resetting Hearing on Defendants' Motion to Dissolve the Preliminary Injunction [Docket No. 82] (the "Motion"), and Scheduling Conference (the "Stipulation"), and for good cause shown, the Stipulation is APPROVED.

The hearing on the Motion shall take place on _____ July 30, 2018, at 9:00 a.m., which date and time shall also serve as a Scheduling Conference.

Dated:	June 4, 2018

_____
Hon. Jesus G. Bernal
United States District Judge