JOSEPH H. HUNT
Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

BRINTON LUCAS
Counsel to the Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

ANDREW E. CARMICHAEL
ROBERT M. NORWAY
MATTHEW SKURNIK
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-0889
Email:  robert.m.norway@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDEN STOCKMAN; NICOLAS TALBOTT; TAMASYN REEVES; JAQUICE TATE; JOHN DOES 1-2; JANE DOE; and EQUALITY CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | CASE NO. 5:17-CV-01799 (JGB)<br><br>**DEFENDANTS' NOTICE OF APPEAL – PRELIMINARY INJUNCTION APPEAL** |

DEFENDANTS' NOTICE OF APPEAL
*Stockman, et al. v. Trump, et al.*, No. 5:17-cv-1799 (JGB)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 353-0889

| | |
|---|---|
| STATE OF CALIFORNIA, | |
| Plaintiff-Intervenor, | |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

Notice is hereby given that all Defendants appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order of September 18, 2018, ECF No. 124, denying Defendants' motion to dissolve the preliminary injunction.

Dated: November 16, 2018            Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

BRINTON LUCAS
Counsel to the Assistant Attorney General

JOHN R. GRIFFITHS
Branch Director

ANTHONY J. COPPOLINO
Deputy Director

DEFENDANTS' NOTICE OF APPEAL
*Stockman, et al. v. Trump, et al.*, No. 5:17-cv-1799 (JGB)

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 353-0889

Case 5:17-cv-01799-JGB-KK   Document 125   Filed 11/16/18   Page 3 of 3   Page ID #:6404

          */s/   Robert M. Norway*
          ANDREW E. CARMICHAEL
          ROBERT M. NORWAY
          MATTHEW SKURNIK
          United States Department of Justice
          Civil Division, Federal Programs Branch
          1100 L Street, N.W.
          Washington, D.C. 20530
          Telephone: (202) 353-0889
          Email:  robert.m.norway@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' NOTICE OF APPEAL
*Stockman, et al. v. Trump, et al.*, No. 5:17-cv-1799 (JGB)

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**1100 L Street, N.W.**
**Washington, DC 20530**
**Tel: (202) 353-0889**