| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | DEC 19 2018 |
| | | MOLLY C. DWYER, CLERK <br>U.S. COURT OF APPEALS |

AIDEN STOCKMAN; et al.,

        Plaintiffs-Appellees,

STATE OF CALIFORNIA,

    Intervenor-Plaintiff-Appellee,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

        Defendants-Appellants.

No. 18-56539

D.C. No. 5:17-cv-01799-JGB-KK
Central District of California, Riverside

ORDER

Before:    LEAVY and HURWITZ, Circuit Judges.

Proceedings in this case shall be held in abeyance pending issuance of this court's mandate in Case No. 18-35347, *Karnoski, et al. v. Trump, et al.*, or further order of the court.