1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDEN STOCKMAN; NICOLAS TALBOTT; TAMASYN REEVES; JAQUICE TATE; JOHN DOES 1-2; JANE DOE; and EQUALITY CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; JAMES N. MATTIS, in his official capacity as Secretary of Defense; JOSEPH F. DUNFORD, JR., in his official capacity as Chairman of the Joint Chiefs of Staff; RICHARD V. SPENCER, in his official capacity as Secretary of the Navy; RYAN D. MCCARTHY, in his official capacity as Acting Secretary of the Army; HEATHER A. WILSON, in her official capacity as Secretary of the Air Force; and ELAINE C. DUKE, in her official capacity as Acting Secretary of Homeland Security,<br><br>Defendants. | CASE NO. 5:17-cv-01799-JGB-KKx<br><br>**AMENDED ORDER ON JOINT STIPULATION TO MODIFY CASE SCHEDULE**<br><br>**NOTE CHANGE MADE BY COURT** |

The Court, having reviewed and considered the Joint Stipulation to Modify Case Schedule (the "Stipulation"), and for good cause appearing, the Stipulation is **APPROVED**.

The case schedule in this action shall be modified as follows:

| Event | Modified Schedule |
|---|---|
| **Deadline to Initiate Discovery Other Than Depositions (45 days prior to discovery cutoff)** | 6/21/2019 |
| **Deadline for Initial Designation of Expert Witnesses** | 5/24/2019 |
| **Deadline for Designation of Rebuttal Expert Witnesses** | 6/14/2019 |
| **All Discovery Cut-Off (including hearing of discovery motions)** | 8/5/2019 |
| **Last day to Conduct Settlement Conference** | 8/26/2019 |
| **Deadline To File Dispositive Motions (28 days prior to hearing)** | 9/16/2019 |
| **Dispositive Motion Hearing Cut-Off** | 10/**21**/2019 |
| **Final Pretrial Conference** | 1/27/2020 |
| **Trial** | 2/11/2020 |

Dated: February 28, 2019

Hon. Jesus G. Bernal
United States District Judge