FILED

AUG 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AIDEN STOCKMAN; et al., <br><br> Plaintiffs-Appellees, <br><br> STATE OF CALIFORNIA, <br><br> Intervenor-Plaintiff-Appellee, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; et al., <br><br> Defendants-Appellants. | No. 18-56539 <br><br> D.C. No. 5:17-cv-01799-JGB-KK <br> Central District of California, Riverside <br><br> ORDER |

Before: TASHIMA, M. SMITH, and BENNETT, Circuit Judges.

The December 19, 2018 order holding this case in abeyance is discharged.

The joint motion to remand (Docket Entry No. 40) is granted.

The district court's September 18, 2018 order denying defendants' motion to dissolve the December 22, 2017 preliminary injunction is vacated. The preliminary injunction is stayed pending the district court's reconsideration of defendants' motion to dissolve the injunction and pending any appeal therefrom. This case is remanded to the district court for further proceedings consistent with this court's decision in *Karnoski v. Trump*, 926 F.3d 1180 (9th Cir. 2019).

All other pending motions are denied as moot.

The parties shall bear their own costs on appeal.

**VACATED and REMANDED.**