JS-6
Admin

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDEN STOCKMAN; NICOLAS TALBOTT; TAMASYN REEVES; JAQUICE TATE; JOHN DOES 1-2; JANE DOE; and EQUALITY CALIFORNIA,<br><br>  Plaintiffs,<br><br>v.<br><br>MARK T. ESPER, et al.<br><br>  Defendants. | CASE NO. 5:17-CV-01799-JGB-KK<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF ORDER SUSPENDING CASE SCHEDULE AND PARTIALLY STAYING CASE** |
| STATE OF CALIFORNIA,<br><br>  Plaintiff-Intervenor,<br><br>v.<br><br>MARK T. ESPER, et al.<br><br>  Defendants. | |

The Court, having reviewed and considered the Stipulation for Entry of Order Suspending Case Schedule and Partially Staying Case (the "Stipulation"), and for good cause shown, the Stipulation is **APPROVED**. IT IS HEREBY ORDERED THAT:

1. The case deadlines under the Amended Scheduling Order are suspended and the case is partially stayed pending resolution of discovery issues in *Karnoski v. Trump*, No. 17-cv-01297 (W.D. Wash.), including Defendants' petition for a writ of mandamus filed with the U.S. Court of Appeals for the Ninth Circuit on February 11, 2020 (the "Partial Stay Period");

2. During the Partial Stay Period, the Parties will not serve further written discovery;

3. During the Partial Stay Period, the Parties will not raise new discovery issues, nor file new discovery motions, regarding any party's responses to requests for production, interrogatories, or admissions;

4. During the Partial Stay Period, the Parties are able to notice and take depositions and may continue to participate in all depositions noticed in any of *Doe v. Esper*, No. 17-cv-1597 (D.D.C.); *Stone v. Trump*, No. 17-cv-02459 (D. Md.); *Karnoski v. Trump*, No. 17-cv-01297 (W.D. Wash.); *Stockman v. Esper*, No. 17-CV-01799 (C.D. Cal.) (collectively, the "Related Actions");

5. Defendants shall continue to make all documents and other discovery produced in any of the Related Actions available to Plaintiffs in compliance with the Cross-Use Agreement (ECF No. 96);

6. The Partial Stay Period may be terminated by any Party on 30-days' written notice of intent to lift the modified stay;

7. Once notice is provided, the Parties shall work together to negotiate a further revised schedule, including time for service of additional written discovery, to be presented to the Court on or before the deadline for expiration of the Partial Stay Period.

IT IS SO ORDERED.

Dated: March 3, 2020

Hon. Jesus G. Bernal
United States District Judge