BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ANDREW E. CARMICHAEL
Senior Trial Counsel
MATTHEW SKURNIK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8188
Email: matthew.skurnik@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDEN STOCKMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, et al.,<br><br>　　　　Defendants. | CASE NO. 5:17-CV-01799-JGB-KK<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE (FED R. CIV. P. 41)** |

|   |
|---|
| STATE OF CALIFORNIA,<br><br>            Plaintiff-Intervenor,<br><br>     v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, et al.<br><br>            Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Intervenor the State of California ("California"), and Defendants Lloyd J. Austin III, in his official capacity as Secretary of Defense, Christine E. Wormuth, in her official capacity as Secretary of the Army, Thomas W. Harker, in his official capacity as Acting Secretary of the Navy, Frank Kendall, in his official capacity as Secretary of the Air Force, Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security, and Mark A. Milley, in his official capacity as Chairman of the Joint Chiefs of Staff (collectively "Defendants," and together with California "Parties"), hereby stipulate to the dismissal of California's First Amended Complaint-in-Intervention, ECF No. 171, in the above-captioned case, without prejudice. The Parties will bear their own attorneys' fees, costs, and expenses.

Dated: August 3, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

 /s/  Matthew Skurnik

MATTHEW SKURNIK
Trial Attorney
ANDREW E. CARMICHAEL
Senior Trial Counsel
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8188
Email:  matthew.skurnik@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| Dated: August 3, 2021 | Respectfully Submitted,<br>ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br><br>*/s/ Chad A. Stegeman*<br>CHAD A. STEGEMAN<br>Deputy Attorney General<br>*Attorneys for Plaintiff-Intervenor* |