| | |
|---|---|
| 1 | BRIAN M. BOYNTON |
| 2 | Acting Assistant Attorney General |
| 3 | Civil Division |
| 4 | ALEXANDER K. HAAS |
| 5 | Director, Federal Programs Branch |
| 6 | |
| 7 | ANTHONY J. COPPOLINO |
|   | Deputy Director, Federal Programs Branch |
| 8 | |
| 9 | ANDREW E. CARMICHAEL |
|   | Senior Trial Counsel |
| 10 | MATTHEW SKURNIK |
| 11 | Trial Attorney |
|    | United States Department of Justice |
| 12 | Civil Division, Federal Programs Branch |
| 13 | 1100 L Street, N.W. |
|    | Washington, D.C. 20005 |
| 14 | Telephone: (202) 616-8188 |
| 15 | Email:  matthew.skurnik@usdoj.gov |
| 16 | |
| 17 | *Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIDEN STOCKMAN, et al., | CASE NO. 5:17-CV-01799-JGB-KK |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE (FED R. CIV. P. 41)** |
| v. | |
| LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, et al., | |
| Defendants. | |

| | |
|---|---|
| STATE OF CALIFORNIA, | |
| Plaintiff-Intervenor, | |
| v. | |
| LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, et al. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of Executive Order 14004 "revok[ing]" "the Presidential Memorandum of March 23, 2018" challenged in this case, E.O. No. 14004 §§ 1, 2 (Jan. 25, 2021), as well as the issuance of Department of Defense Instruction ("DoDI") 6130.03 (Medical Accession Standards) and DoDI 1300.28 (In Service Transition), which implemented Executive Order 14004 for the Department of Defense, Plaintiffs Aiden Stockman, Nicolas Talbott, Tamasyn Reeves, Jaquice Tate, John Does 1-2, Jane Doe, Equality California (collectively, "Plaintiffs") and Defendants Lloyd J. Austin III, in his official capacity as Secretary of Defense, Christine E. Wormuth, in her official capacity as Secretary of the Army, Carlos Del Toro, in his official capacity as Secretary of the Navy, Frank Kendall, in his official capacity as Secretary of the Air Force, Alejandro N. Mayorkas, in his official capacity as Secretary of Homeland Security, and Mark A. Milley, in his official capacity as Chairman of the Joint Chiefs of Staff (collectively "Defendants," and together with Plaintiffs, "Parties"), hereby stipulate to the dismissal of the above-captioned case, with prejudice.

Dated: August 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

 /s/ Matthew Skurnik

|   |   |
|---|---|
| 1 | MATTHEW SKURNIK |
| 2 | Trial Attorney |
|   | ANDREW E. CARMICHAEL |
| 3 | Senior Trial Counsel |
| 4 | United States Department of Justice |
| 5 | Civil Division, Federal Programs Branch |
|   | 1100 L Street, N.W. |
| 6 | Washington, D.C. 20005 |
| 7 | Telephone: (202) 616-8188 |
| 8 | Email:  matthew.skurnik@usdoj.gov |
| 9 | *Counsel for Defendants* |

By: /s/ *Amy C. Quartarolo*
     Amy C. Quartarolo

LATHAM & WATKINS LLP
Marvin S. Putnam (SBN 212839)
Amy C. Quartarolo (SBN 222144)
Harrison J. White (SBN 307790)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for Plaintiffs Aiden Stockman et al.*